LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
One Concord Center
2300 Clayton Road, Suite 1400
Concord, California 94520
Telephone:    415.882.3290
Facsimile:     415.882.3232
Email: ltownsend@owe.com

Attorney for Plaintiff
DAVID GORDON OPPENHEIMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GORDON OPPENHEIMER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LOCKEHOUSE RETAIL GROUP, INC. a California corporation and CIM GROUP, LP, a California Limited Partnership,<br><br>Defendants. | Case No. 4:22-cv-03444-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff David Gordon Oppenheimer and Defendants Lockehouse Retail Group, Inc. and CIM GROUP, LP ("Defendants"), by and through their attorneys, hereby stipulate pursuant to Rule 41(a) of the Federal Rule of Civil Procedure that the entire civil action may be and is hereby dismissed with prejudice, with the parties bearing their own attorneys' fees and costs of suit.

Dated: March 10, 2023        LAW OFFICES OF LAWRENCE G. TOWNSEND

*/s/ Lawrence G. Townsend*
Attorney for Plaintiff
DAVID GORDON OPPENHEIMER

Dated: March 10, 2023          GORDON REES SCULLY MANSUKHANI, LLP

                                              */s/Hazel Mae B. Pangan*
Hazel Mae B. Pangan
Patrick J. Mulkern
Attorneys for Defendant
LOCKEHOUSE RETAIL GROUP, INC.

Dated: March 10, 2023          LEWIS BRISBOIS BISGAARD & SMITH LLP

                                              */s/Jonathan Pink*
Jonathan S. Pink
Rohini Roy
Attorneys for Defendant
CIM GROUP, LP

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

I, Lawrence G. Townsend, attest to the concurrence in the filing of this Stipulation and First Amended Complaint has been obtained from the signatories, Hazel Mae B. Pangan and Jonathan Pink, counsel for Defendants.

Dated:  March 10, 2023          */s/Lawrence G. Townsend*
Lawrence G. Townsend

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, and Rule 41(a), IT IS HEREBY ORDERED that the entire action herein be, and hereby is, DISMISSED WITH PREJUDICE, with the parties to bear their own attorneys' fees and costs.

Dated:  March 13, 2023

Hon. Jeffrey S. White
United States District Judge